THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* OLIVER LITTLE, Appellant.

Argued October 24, 1945; decided December 6, 1945.

*Edward H. Levine* and *Abraham J. Gellinoff* for appellant. *Frank S. Hogan, District Attorney (Whitman Knapp* and *Richard G. Denzer* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. Taking no part: MEDALIE, J.